1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TANYA MCDANIEL,                          No.  2:15-cv-937-MCE-KJN PS

12            Plaintiff,

13       v.                                   ORDER

14   UNITED STATES OF AMERICA, et al.,

15            Defendants.

16

17        On August 11, 2015, the court dismissed the action for lack of subject matter jurisdiction

18   pursuant to the substantiality doctrine.  (ECF Nos. 4, 6.)  Thereafter, on August 18, 2015, plaintiff

19   filed a notice of appeal as well as a motion to proceed in forma pauperis on appeal.  (ECF Nos. 8,

20   9.)

21        Federal Rule of Appellate Procedure 24 provides that "a party to a district-court action

22   who desires to appeal in forma pauperis must file a motion in the district court."  Fed. R. App. P.

23   24(a)(1).  Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if

24   the trial court certifies in writing that it is not taken in good faith."  The good faith standard is an

25   objective one.  Coppedge v. United States, 369 U.S. 438, 445 (1962).  A plaintiff satisfies the

26   "good faith" requirement if he or she seeks review of any issue that is "not frivolous."  Gardner v.

27   Pogue, 558 F.2d 548, 551 (9th Cir. 1977) (quoting Coppedge, 369 U.S. at 445).

28   ////

                                        1

1       For the reasons stated in the July 24, 2015 findings and recommendations (see ECF No.

2   4), adopted by the district judge on August 11, 2015 (ECF No. 6), the court finds that the instant

3   appeal is frivolous.  The court thus certifies that plaintiff's appeal is not taken in good faith.

4       Accordingly, IT IS HEREBY ORDERED that:

5       1.  Plaintiff's motion to proceed in forma pauperis on appeal (ECF No. 9) is DENIED.

6       2.  The Clerk of Court is directed to serve a copy of this order on plaintiff and on the

7   Ninth Circuit Court of Appeals.

8       IT IS SO ORDERED.

9   Dated:  August 20, 2015

10

11                         KENDALL J. NEWMAN
                            UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28